UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **REYNOLD MCZORN,**<br><br>**Plaintiff,**<br><br>v.<br><br>**STATE OF NEW JERSEY POLICE,** *et al.*,<br><br>**Defendants.** | Civil Action No. 11-6996 (WJM)<br><br><br><br>**ORDER** |

    **THIS MATTER** having come before the Court for a case management conference on Friday, June 29, 2012;

    and the parties having advised the Court that Plaintiff is expected to stand trial in New Jersey state court before the end of July on criminal charges that parallel the claims in this case;

    and the parties having jointly agreed that a brief stay of this case is appropriate in light of the upcoming criminal trial;

    and the Court having concluded that the applicable factors weigh in favor of a brief stay, *see, e.g.*, *Walsh Securities, Inc. v. Cristo Property Mgmt., Ltd.*, 7 F. Supp. 2d 523 (D.N.J. 1998);

    and for good cause shown;

**IT IS on this 2nd day of July 2012,**

**ORDERED** that, this case is temporarily stayed until **August 28, 2012**; and it is further

**ORDERED** that, there shall be a status conference via telephone before the Undersigned on **August 29, 2012, at 10:00 a.m.**  It is Plaintiff's counsel's responsibility to arrange and initiate the conference call.

 s/Mark Falk  
**MARK FALK**  
**United States Magistrate Judge**