UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **REYNOLD MCZORN,** | Civil Action No. 11-6996 (WJM) |
| **Plaintiff,** | |
| v. | |
| **STATE OF NEW JERSEY POLICE,** *et al.*, | <u>ORDER</u> |
| **Defendants.** | |

**THIS MATTER** having come before the Court by way of a telephone call from Plaintiff's counsel to the Court on Monday, August 20, 2012;

and Plaintiff's counsel having advised the Court that the date Plaintiff will stand trial in New Jersey state court on criminal charges that parallel the claims in this case has been adjourned until October 2012;

and the parties having jointly agreed that a brief stay of this case is appropriate in light of the upcoming criminal trial;

and the Court having concluded that the applicable factors weigh in favor of a brief stay, *see, e.g.*, *Walsh Securities, Inc. v. Cristo Property Mgmt., Ltd.*, 7 F. Supp. 2d 523 (D.N.J. 1998);

and for good cause shown;

**IT IS on this 21 day of August 2012,**

**ORDERED** that this case is temporarily stayed until **November 1, 2012**; and it is further

**ORDERED** that the status telephone conference before the Undersigned on **August 29, 2012, at 10:00 a.m.** is adjourned; and it is further

**ORDERED** that there shall be a status conference via telephone before the Undersigned on **November 1, 2012, at 10:00 a.m.** It is Plaintiff's counsel's responsibility to arrange and initiate the conference call.

 s/ Mark Falk
**MARK FALK**
**United States Magistrate Judge**