UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| REYNOLD MCZORN,<br><br>    Plaintiff,<br><br> v.<br><br>STATE OF NEW JERSEY POLICE, et al.,<br><br>    Defendants. | Civil Action No. 11-6996 (WJM)<br><br>**ORDER SCHEDULING CONFERENCE** |

**IT IS on this 18th day of January, 2013**

  **ORDERED** that there shall be a status/settlement conference before the Undersigned on **Monday, February 4, 2013** at **10:30 a.m.** at the U.S. Post Office and Courthouse, 1 Federal Square, Fourth Floor, Room 457, Newark, New Jersey.  Failure to attend may result in the imposition of sanctions.  See Fed. R. Civ. P. 16(f), 37.  There shall be no adjournments absent extraordinary circumstances.


               /s/ Mark Falk
              **MARK FALK**
              **United States Magistrate Judge**